UNITED STATES DISTRICT COURT
/ MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:24-cr-109-WFJ-TGW | DATE: | April 17, 2024 |
|---|---|---|---|
| **HONORABLE THOMAS G. WILSON** | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEN YU | | **LANGUAGE:** N/A | |
| | | **GOVERNMENT COUNSEL**<br>Daniel Marcet, AUSA | |
| | | **DEFENSE COUNSEL**<br>Robert Earl Zlatkin (Ret) | |
| COURT REPORTER: DIGITAL | | DEPUTY CLERK: | Karina Nieves |
| TIME: 11:01 AM – 12:03 PM | TOTAL: 62 MINS | PRETRIAL: | Jasmine King |
| | | COURTROOM: | 12A |

**PROCEEDINGS: INITIAL, BOND, AND GUILTY PLEA PROCEEDING**

-Defendant appears on notice.

-Defendant provided with copy of Information.

-Defendant advised of charges. Court summarized charges. Court advises defendants of Rule 5 rights.

-Oral order of Due process.

-Defendant sworn.

-Plea Agreement filed (Doc. 5).

-Plea of guilty entered as to Count One of the Information.

-Factual basis established.

-Plea of guilty accepted.

-Referred to probation for pre-sentence investigation.

-Sentencing to be scheduled by separate notice before District Judge William F. Jung.

**Bond:**
-Government is seeking release with a personal recognize bond and standard conditions.

-Defendant is seeking release with the conditions set forth by Pretrial Services.

-The Court orders the Defendant released on his own recognize with the conditions to report to Pretrial Services every Wednesday by 4pm, surrender passport to Pretrial Services, do not apply for a passport or any new travel documents, travel is restricted to Middle District of Florida, and request permission to travel outside of MDFL with a filing of a

motion.

-Defendant directed to report to USMS for processing.