**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | { CASE NO.: 8:24-CR-00109-WFJ-TGW |
| | { |
| **v.** | { |
| | { |
| **PEN YU** | { |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the undersigned attorney, Robert Zlatkin, Esquire, and files this unopposed motion to continue sentencing. As Grounds for this unopposed motion, the Defense states following:

The undersigned Defense Counsel asks for a continuance of the sentencing scheduled for 8/2/24 at 11:00 AM.

Defense prays that the Court continue this hearing because Defense Counsel has ongoing issues needed to be discussed with the PSR including whether the full loss amount should truly count as loss under 2B1.1, among other issues.

The Assistant United States Attorney is unopposed to this continuance of the sentencing.

1

**WHEREFORE**, the Defense moves this Court to enter its Order granting this unopposed continuance of the sentencing in the above-styled cause.

**I HEREBY CERTIFY** that a copy of this original document has been electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney on this day of July 25, 2024.

                    **SMITH & EULO LAW FIRM**

By: _____
Robert Zlatkin, Esq.
Attorney at Law
Florida Bar No. 0119639
Smith & Eulo Law Firm, PLLC
1105 E Concord Street, Orlando, FL 32803
rzlatkin@smithandeulo.com
(407) 930-8912

2