UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:24-cr-109-WFJ-TGW

PEN YU, a/k/a "Ben Yu"

## PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(e)(1)(B), for a Preliminary Order of Forfeiture for the following real property, to be applied to the outstanding balance of the defendant's $100,000 order of forfeiture:

> The Mortgage Deed and Mortgage Note (Attachment A) held by Pen Hsuan Yu and Pei Ling Chen, "Mortgagee," in the original amount of $400,000.00, given by Jonathan R. Thyng and Sara Y. Thyng, as "Mortgagor," which Mortgage was recorded in the Public Records of Hillsborough County, Florida, on June 23, 2022, Instrument No. 2022313776, on the real property located at 11506 Tangle Branch Ln, Gibsonton, FL 33534-5346.

On August 2, 2024, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered an order of forfeiture against the defendant in the amount of $100,000. Doc. 31.

The United States is entitled to forfeit the substitute asset identified above, in satisfaction of the defendant's Order of forfeiture.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(e)(1)(B), the asset described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), in satisfaction of the defendant's Order of forfeiture.

Assuming no third-party files a successful claim to the asset, the net proceeds from the forfeited property will be credited towards the defendant's Order of forfeiture.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the Order of forfeiture.

DONE and ORDERED in Tampa, Florida, on this __16th__ day of ____October____, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE